# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Toomaura Y. Wagoner;<br><br>　　　　Plaintiff;<br><br>　vs.<br><br>Michael J. Astrue, Commissioner of Social Security and<br>DOES 1 to 1, inclusive;<br><br>　　　　Defendants. | Case No.: CV 08-7405 FFM<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA).<br>[28 U.S.C. §§ 1920 and 2412(d)] |

　　　The Court hereby approves the parties' stipulation that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees and costs under the Equal Access to Justice Act (EAJA) in the amount of three thousand eight hundred dollars and no cents ($3,800.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by her attorney in connection with this civil action for services performed before the district court through remand, in accordance with 28 U.S.C. §§ 1920 and 2412(d).

　　　Payment of three thousand eight hundred dollars and no cents ($3,800.00) shall constitute a complete release from and bar to any and all claims Plaintiff may

have relating to EAJA fees and costs in connection with this action.  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED.**

Dated: August 3, 2009

   / S /     FREDERICK F. MUMM
FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE
U.S. DISTRICT COURT JUDGE

- 2 –

ORDER ON STIPULATION FOR AWARD OF ATTORNEY'S FEES  [EAJA]
Wagoner v. Michael Astrue, et. al.